**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7176**

---

THOMAS ALEXANDER LOVE,

Plaintiff - Appellant,

versus

JUANITA H. BAKER; JAMES B. HUNT, JR.; JUDY H.
SILLS; JOY R. SMITH; JAMES B. FRENCH; ELBERT
T. BUCK, JR.; CHARLES L. MANN, SR.,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-00-548-5-CT-H)

---

Submitted: January 31, 2001      Decided: February 22, 2001

---

Before NIEMEYER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Thomas Alexander Love, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Thomas Alexander Love appeals the district court's orders directing him to demonstrate exhaustion and requiring submission of his inmate trust account statement. While the appeal from these orders was originally interlocutory, the district court's intervening final order renders review permissible under the doctrine of cumulative finality. Equipment Fin. Group, Inc. v. Traverse Computer Brokers, 973 F.2d 345, 347 (4th Cir. 1992). Reviewing both these orders and Love's arguments on appeal, we find no error and therefore affirm.[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] As to Love's claim that prison officials interfered with his right to access the courts during the course of this action below, we find that this is a new claim and therefore not properly before this Court on appeal.

2